# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SOLOMON J. VERDIN, JR.

NO. 2025 CW 0669

**SEPTEMBER 8, 2025**

---

In Re:    Solomon J. Verdin, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 2025394.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

 **WRIT DENIED.** La. R.S. 15:1171 provides that the Department of Public Safety and Corrections may adopt administrative remedy procedures for all complaints and grievances by offenders, which include any and all claims pertaining to conditions of confinement. Matters pertaining to offender accounts are included in such conditions of confinement. See **Allen v. Louisiana Dep't of Pub. Safety & Corr.**, 2020-0748 (La. App. 1st Cir. 2/19/21), 2021 WL 651293 (unpublished), writ denied, 2021-00428 (La. 6/1/21), 316 So.3d 833; **Lewis v. Louisiana Dep't of Pub. Safety & Corr.**, 2016-1560 (La. App. 1st Cir. 6/2/17), 2017 WL 2403016 (unpublished). Accordingly, such a complaint is governed by the Louisiana Corrections Administrative Remedy Procedure (CARP). Venue for judicial review through a CARP proceeding lies exclusively in the 19th JDC. La. R.S. 15:1177(A). Accordingly, to obtain judicial review of his complaint herein, relator, Solomon J. Verdin, Jr., must follow the procedures afforded by Louisiana Corrections Administrative Remedy Procedure (CARP), La. R.S. 15:1171 et seq.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT